IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA ATKINS,

    Plaintiff,

v.                                                                         CASE NO. 1:09-cv-00249-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

Presently before the Court is Defendant's First Motion for Enlargement of Time to file an answer. (Doc. 10). Having considered said motion, it is hereby **GRANTED**, and Defendant shall have through **March 23, 2010,** to respond to the complaint.

**DONE AND ORDERED** this  *1st* day of March, 2010.

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge