IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA ATKINS,

    Plaintiff,

v.                                                                  CASE NO. 1:09-cv-00249-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 45, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner to deny Plaintiff's application for disability insurance benefits and supplemental security income be affirmed. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 45, is ACCEPTED and incorporated herein.

2. The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this _14th_ day of January, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge